GEO. FREEMAN v. THE STATE.

Parties convicted of offenses and appealing to this court must give such recognizances as substantially comply with the form prescribed in the Act of May 26th, 1871, amendatory of Article 263 of the Code of Criminal Procedure.

APPEAL from Gillespie. Tried below before the Hon. J. J. Thornton.

There is no occasion for a statement of the facts.

*E. Higby* for appellant.

*Wm. Alexander, Attorney General*, for the State, moved to dismiss the appeal for the want of such recognizance as is prescribed by law.

OGDEN, J. Section one of the Act of the Legislature passed April 26th, 1871, prescribes a form for a recognizance in all criminal cases that are bailable; and Section two of the same act provides: "That the Supreme Court shall not entertain juris- "diction of any case requiring a recognizance that does not "substantially comply with the above form." The recognizance in this case fails to comply with almost every substantial requirement of the statute. The case is therefore dismissed from the docket.

Dismissed.